### JOHN R. WILLIAMS
v.
### JAMES FRASER, CURATOR OF THE ESTATE OF THOMAS WILLIAMS, DECEASED

#### 1811

### JOURNAL ENTRIES
1. Continuance (ne exeat) . . . . . . . *Journal, infra*, *p. 396

### PAPERS IN FILE
1. Bill of complaint; order for writ of ne exeat . . . . *Printed in Vol. 2*
2. Writ of ne exeat and return . . . . . . . . "

### EXECUTORS OF CHRISTOPHER TUTTLE, DECEASED
v.
### LEVI SHERMAN

#### 1811

### JOURNAL ENTRIES
1. Discontinuance . . . . . . . . . . *Journal, infra*, *p. 396

### PAPERS IN FILE
[None]